352

Maude Foster, Appellee, v. J. C. Penney Company, Appellant.

Gen. No. 9,596.

opinion filed October 29, 1948; rehearing denied February 3, 1949; released for publication February 4, 1949. Earl S. Hodges, for appellant; Duane L. Traynor, of counsel; G. W. Horsley, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.

Fred G. Bloom et al., Appellants, v. Harry W. Bloom, Appellee.

Gen. No. 44,487.

opinion filed January 24,